EAST BATON ROUGE PARISH
Filed Apr 18, 2022 4:17 PM
Deputy Clerk of Court

C-717980
32

EMILY MILANO

VERSUS

MILLENNIAL TRANSPORT SERVICE,
NORTHLAND INSURANCE COMPANY AND
CELSO CACERES

DOCKET NO._____ SECTION: __

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

### PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Petitioner, **EMILY MILANO,** a person of the legal age of majority, domiciled in Ascension Parish, State of Louisiana, who respectfully represents the following Petition for Damages to wit:

1.

Made defendants herein are the following:

A. **NORTHLAND INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana, and who can be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

B. **MILLENNIAL TRANSPORT SERVICE,** a foreign corporation not registered with Louisiana Secretary of State, doing business in the State of Louisiana who can be served via Louisiana Long Arm Statute, 11450 Rojas Drive, Suite D-18, El Paso, TX 79936;

C. **CELSO CACERES,** a person of the full age of majority domiciled in the State of Texas, who can be served via Louisiana Long Arm Statute, at 900 North Broadway Street, Elsa, Texas 78543.

2.

The above- named defendants are justly and truly indebted, jointly and *in solido*, unto the Petitioner for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons:

3.

On or about June 17, 2021, at approximately 8:45 a.m., **EMILY MILANO,** was operating a 2020 Toyota Camry, traveling westbound on Interstate 12, in the Parish of Livingston, State of Louisiana.

4.

At the same time, **CELSO CACERES,** was operating a 2015 Freightliner Tractor owned by **MILLENNIAL TRANSPORT SERVICE,** also traveling west on Interstate 12, in the Parish


Certified True and
Correct Copy
CertID: 2022041900713

Magan Harris

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2022 11:24 AM

of Livingston, Louisiana.

5.

The **MILANO VEHICLE** began to slow due to traffic congestion, at which time the **CACERES VEHICLE** suddenly and without warning crashed into the rear of the **MILANO VEHICLE** pushing it into a vehicle in front of the Milano Vehicle.

6.

During the entire occurrence, **EMILY MILANO** drove her vehicle safely and with skill. In no way did **EMILY MILANO** contribute to causing the collision.

7.

As a result of the above- described collision, petitioner, **EMILY MILANO,** sustained severe and disabling injuries including, but not limited to:

1) Back pain;

2) Neck pain;

3) Knee pain;

4) General soreness to the body as a whole; and

5) Other injuries which will be more fully established at trial.

8.

Petitioner, **EMILY MILANO,** claims the following damages as a result of this crash and her resulting injuries:

1) Physical pain and suffering – past, present and future;

2) Mental pain, anguish and distress– past, present and future;

3) Loss of enjoyment of life – past, present and future;

4) Lost wages – past, present and future;

5) Disability – past, present and future;

6) Impairment of earning capacity– past, present and future;

7) Medical expenses – past, present and future; and

8) Other elements of damages to be more fully set forth at the trial of this matter.

9.

Petitioner alleges that defendant, **CELSO CACERES,** is liable for all such injuries caused by his crashing into the rear of the **MILANO VEHICLE.**



Certified True and
Correct Copy
CertID: 2022041900713

*Magan Harris*

East Baton Rouge Parish
Deputy Clerk of Court

10.

Petitioner alleges that a substantial cause of the collision and the Petitioner's damages was the fault and negligence of **CELSO CACERES**, which is described in part, but not exclusively, as follows:

1) In failing to see what he should have seen and if having seen, in failing to heed;

2) In failing to maintain control of his vehicle;

3) In driving his vehicle without due regard for the safety of all persons;

4) Driving inattentively;

5) In crashing into the rear of a vehicle; and

6) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and ordinances.

11.

Upon information and belief at all times pertinent hereto defendant, **CELSO CACERES** was employed by the defendant, **MILLENNIAL TRANSPORT SERVICE** and at the time of the accident was in the course and scope of his employment for the defendant, **MILLENNIAL TRANSPORT SERVICE**. Petitioner therefore pleads the doctrine of *respondeat superior*.

12.

Petitioner is informed, believes and therefore alleges that at the time of the collision, the defendant, **NORTHLAND INSURANCE COMPANY**, had issued a policy of insurance in favor of defendant, **MILLENNIAL TRANSPORT SERVICE and CELSO CACERES**  and, under the laws of the State of Louisiana, was in full force and effect at the time of the collision, and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

**WHEREFORE PETITIONER PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Petitioner, **EMILY MILANO**, and against the defendants, **NORTHLAND INSURANCE COMPANY, MILLENNIAL TRANSPORT SERVICE and CELSO CACERES**, jointly severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon form date of judicial demand, until paid, and for all cost of these proceedings.

*Magan Harris*


**Certified True and Correct Copy**
CertID: 2022041900713

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2022 11:24 AM


**Certified True and Correct Copy**
CertID: 2022041900713

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2022 11:24 AM

EAST BATON ROUGE PARISH
Filed Apr 18, 2022 4:17 PM
Deputy Clerk of Court

C-717980
32

EMILY MILANO

VERSUS

MILLENNIAL TRANSPORT SERVICE,
NORTHLAND INSURANCE COMPANY
AND CELSO CACERES

DOCKET NO._____ SECTION: __

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND
## WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, **MICHAEL J. MONTALBANO, III,** Gordon McKernan Injury Attorneys, as counsel for Plaintiff, **EMILY MILANO,** in the above captioned matter, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case. And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment. This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully Submitted,

GORDON McKERNAN INJURY ATTORNEYS

_____
MICHAEL J. MONTALBANO, III (#30639)
5656 Hilton Ave.
Baton Rouge, Louisiana 70808
Telephone: (225) 388-3103
Facsimile: (225) 490-4522
Email: michael@getgordon.com

Certified True and
Correct Copy
CertID: 2022041900714

*Magan Harris*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/19/2022 11:24 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)